IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL D. TERRELL,

        Plaintiff,

   v.

LON BECHER, SCOTT R. BASSUENER,
ANDREW B. ROSS, JOSEPH R. DEMARTINI,
DR. DAN WOLBRINK, and DR. GEOFFREY BAER,

        Defendants.

ORDER

18-cv-130-jdp

Pro se plaintiff and former prisoner Michael Terrell alleges that while he was incarcerated at the Stanley Correctional Institution, he received inadequate medical care that ultimately resulted in his kneecap being surgically removed without his consent. He is proceeding on claims under the Eighth Amendment, Fourteenth Amendment, and Wisconsin law. On February 7, 2020, defendants filed motions for summary judgment. Dkt. 75 and Dkt. 81. Plaintiff's responses were due on March 6, 2020, but plaintiff has failed to file any materials in opposition to defendants' motions. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it.

I will give plaintiff one more opportunity to submit substantive responses to defendants' motions for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Michael Terrell may have until March 19, 2020 to file a response to defendants' motions for summary judgment. If he does not respond by that date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for plaintiff's failure to prosecute it.

Entered March 12, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge