IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL D. TERRELL,

        Plaintiff,

   v.

LON BECHER, SCOTT R. BASSUENER,
ANDREW B. ROSS, JOSEPH R. DEMARTINI,
DR. DAN WOLBRINK, and DR. GEOFFREY BAER,

        Defendants.

ORDER

18-cv-130-jdp

---

On March 12, 2020, I entered an order explaining to pro se plaintiff and former prisoner Michael Terrell that if he did not respond to defendants' motion for summary judgment by March 19, I would dismiss his case for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure. March 19 has passed, and Terrell has not filed anything in response to defendants' motion or to this court's order. Therefore, I will dismiss this case.

ORDER

IT IS ORDERED that plaintiff Michael Terrell's claims are DISMISSED WITH PREJUDICE for his failure to prosecute them. The clerk of court is directed to enter judgment for defendants and close this case.

Entered March 26, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge