IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL D. TERRELL,

    Plaintiff,

  v.

Case No. 18-cv-130-jdp

LON BECHER, SCOTT R. BASSUENER,
ANDREW B. ROSS, JOSEPH R.
DEMARTINI, DR. DAN WOLBRINK,
DR. GEOFFREY BAER, REED
RICHARDSON, PAUL LYNCH,
C/O CHAUSE, L. BAKER, JOAN M.
HANNULA, AND MATT ZIMMERMAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 3/26/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |